IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| v. | § § § § | 1:21-cr-44-HSO-RPM-1 |
| SCOTT RANDALL HARRIS | § | |

## ORDER DENYING DEFENDANT SCOTT RANDALL HARRIS'S MOTION [27] TO SUPPRESS

This matter came before the Court for hearing on the Motion [27] to Suppress filed on February 11, 2022, by Defendant Scott Randall Harris. After conducting a hearing on February 25, 2022, the Court carefully considered the arguments of counsel and the relevant legal authorities. For the reasons more fully stated on the record at the conclusion of the hearing on February 25, 2022, the Court finds that Defendant's Motion should be denied.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that, Defendant's Motion [27] to Suppress is **DENIED**.

**SO ORDERED AND ADJUDGED**, this the 25th day of February, 2022.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE